

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2022

No. 04-22-00334-CV

Erika Nalleli **QUIROZ**,
Appellant

v.

**STEINER PROPERTY SOLUTIONS, LLC** and Jill Morrison,
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2022CV00248
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellant's brief was due on August 8, 2022. *See* TEX. R. APP. P. 38.6(d). However, to date, Appellant has not filed the brief or any further motion for extension of time to file the brief.

We ORDER Appellant to show cause in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.). Appellant's written response must include a reasonable explanation for Appellant's failure to timely file the brief. *See* TEX. R. APP. P. 38.8(a).

**If Appellant fails to show cause as ordered, this appeal will be dismissed without further notice.** *See id.* R. 42.3(b), (c); *Elizondo*, 975 S.W.2d at 63.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2022.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court